UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN ROBERTS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:11-cv-1202 JMS-DKL |
| BELTERRA RESORT INDIANA, LLC d/b/a Belterra Casino and Resort, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

The Court, having considered the Stipulation of Dismissal With Prejudice submitted by the parties, finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice, the parties to bear their own costs, including attorneys' fees.

02/01/2012
Date

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Copies to:

Joseph C. Pettygrove
Amanda L. Asbury
Mitzi H. Martin
joseph.pettygrove@faegrebd.com
amanda.shelby@faegrebd.com
mitzi.martin@faegrebd.com

C. Ed Massey
Randy J. Blankenship
cedmassey@nkylawyers.com
rblankenship@nkylawyers.com

BDDB01 9098086v1